UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| EMANUEL LEONARD FINCH SR,<br><br>                Plaintiff,<br>    v.<br><br>UNITED STATES DISTRICT COURT WESTERN DISTRICT OF WASHINGTON AT TACOMA,<br><br>                Defendants. | Case No. C19-6131-RJB-TLF<br><br>ORDER DISMISSING PLAINTIFF'S COMPLAINT |

The Court, having reviewed the Report and Recommendation of Judge Theresa L. Fricke, United States Magistrate Judge, (no objections to the Report and Recommendation were filed), and the remaining record, does hereby find and ORDER:

(1) The Court ADOPTS the Report and Recommendation; and

(2) Plaintiff's motion to voluntarily dismiss his complaint (Dkt. 10) is GRANTED; and

(3) The complaint is DISMISSED WITHOUT PREJUDICE; and

(4) The Clerk is directed to provide a copy of this order to all parties.

Dated this 4th day of May, 2020.

*Robert J. Bryan* (signature)

ROBERT J. BRYAN
United States District Judge

ORDER DISMISSING PLAINTIFF'S COMPLAINT - 1